# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **GARREKK SINGLETON, individually and on behalf of all others similarly situated,** | § § § | |
| *Plaintiff*, | § § | MO:20-CV-00037-DC-RCG |
| **v.** | § § | |
| **PROFRAC SERVICES, LLC,** | § § | |
| *Defendant*. | § | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

BEFORE THE COURT is the parties' Joint Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit with Prejudice ("Joint Motion for Approval of FLSA Settlement"). (Doc. 27). After due consideration, The Court **GRANTS** the parties' Joint Approval of FLSA Settlement. *Id*.

Plaintiffs alleges that Defendant violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, by failing to pay him and other similarly situated equipment operators an overtime premium for hours worked in excess of forty hours in a workweek. (Doc. 1). On July 2, 2021 the Court granted the parties' Joint Motion for Leave to File Sealed Document. (Text Order dated July 2, 2021). Subsequently, the Sealed Settlement Agreement was docketed (Doc. 28). The parties now move the Court to approve their Settlement Agreement. (Doc. 27).

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 28).

It is therefore **ORDERED** that the parties' Joint Motion for Approval of FLSA Settlement is **GRANTED** (Doc. 27), and the Settlement Agreement is **APPROVED** (Doc. 28).

Pursuant to the parties' Joint Stipulation of Dismissal of Lawsuit with Prejudice (Doc. 27) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), no further action is needed from the Court. The Clerk of Court is **ORDERED** to close this case.

It is so **ORDERED**.

SIGNED this 22nd day of July, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE